Sammy L. YARBROUGH, Respondent,

v.

FIRST STUDENT INC., Self–Insured/Sedgwick CMS, Relator.

No. A12–1226.

Supreme Court of Minnesota.

Dec. 10, 2012.

Michael J. Patera, Annandale, MN, for relator.

Friedrich A. Reeker, Bloomington, MN, for respondent.

### ORDER

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed on June 19, 2012, be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d 361, 366 (Minn.1982) (explaining that [s]ummary affirmances have no precedential value because they do not commit the court to any particular point of view. They do no more than establish the law of the case).

BY THE COURT

/s/G. Barry Anderson
Associate Justice